16564.   CENTRAL OF GEORGIA RAILWAY CO. *v*. RADFORD.

LUKE, J.   The defendant having admitted that he owed the plaintiff $15.67, the judgment directing a verdict for the defendant was error.
   *Judgment reversed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1925.

Complaint; from city court of Metter—Judge Lanier.   May 11, 1925.

*Kirkland & Kirkland,* for plaintiff.
*C. W. Turner,* for defendant.